# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145604(40)


PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v                                                SC: 145604
                                                 COA: 304403
DAVID BARRY BURNS,                               Bay CC: 10-010787-FC
    Defendant-Appellee.
_____


On order of the Chief Justice, the motion by defendant-appellee for extension to February 13, 2013 of the time for filing his brief is considered and it is granted.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2013                        _____
                                              Clerk